IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SOS INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-857C |
| | ) | (Judge Griggsby) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 27, 2017 order, plaintiff, SOS International, LLC (SOSi), and defendant, the United States, submit the following joint status report. The United States does not oppose SOSi's proposed redactions to the complaint, and does not propose any additional redactions to the complaint. Accordingly, SOSi intends to file its proposed redacted complaint, dkt. no. 2, as the unredacted version of the complaint in this matter.

Date: July 7, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Bradley D. Wine
BRADLEY D. WINE
Kathy C. Weinberg
James A. Tucker
Sandeep N. Nandivada
Morrison & Foerster LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: 703-760-7316

Attorneys for Plaintiff

s/ Jeffrey D. Klingman
JEFFREY D. KLINGMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 305-4436

Attorneys for Defendant