## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| SOS INTERNATIONAL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-857C |
| ) | |
| UNITED STATES, ) | Judge Griggsby |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a)(1)(A)(i) of the Rules of the Court of Federal Claims, Plaintiff SOS International LLC hereby gives notice of its voluntary dismissal of this action with prejudice.

Dated:  October 24, 2017

Respectfully submitted,

/s/ Bradley D. Wine
Bradley D. Wine
Kathy C. Weinberg
James A. Tucker
Sandeep N. Nandivada

*Counsel for Plaintiff SOS International, LLC*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal with Prejudice was filed electronically today, and I understand that notice of this filing will be sent to all parties to this action by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

October 24, 2017                                                                                    Bradley D. Wine


                                                                                                            /s/ Bradley D. Wine
                                                                                                            ------------------